```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JUAN ORTEGA,                                                :
                                                            :
                              Plaintiff,                    :
                                                            :      22-CV-1799 (VSB)
               -against-                                    :
                                                            :           ORDER
ICE CHIPS CANDY LLC,                                        :
                                                            :
                              Defendant.                    :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

   Plaintiff filed this action on March 3, 2022. (Doc. 1.) On March 31, 2022, Plaintiff returned a summons indicating that Defendant had been served and that its answer was due on April 14, 2022. (Doc. 5.) Defendant has yet to appear in this action. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 23, 2022. If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: May 9, 2022
    New York, New York

                        _____
                        VERNON S. BRODERICK
                        United States District Judge