UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                          :

JUAN ORTEGA,

                          Plaintiff,

           -against-                    22-CV-1799 (VSB)

ICE CHIPS CANDY LLC,                **ORDER**

                        Defendant.
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On May 9, 2022, in light of Defendant's failing to appear in this action, I entered an order directing Plaintiff to seek default judgment by no later than May 23, 2022. (Doc. 6.) On May 12, 2022, Plaintiff filed a letter stating that he "does not intend to file for default judgment in this action," and that he has been "in contact with defense counsel and is in the process of discussing a resolution." (Doc. 7.) Plaintiff requested an adjournment of all deadlines in the action so "the parties [may] discuss resolution of this case." (*Id.*) Accordingly, it is hereby:

       ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: May 13, 2022
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge