

July 7, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Ortega v. Ice Chips Candy LLC,* Case No. 1:22-cv-1799 (VSB)

Dear Judge Broderick:

      We represent plaintiff Juan Ortega ("Plaintiff") in the above-referenced class action. For the following reasons, we respectfully write to request a 30-day extension of the deadline by which Plaintiff must move to restore this action to this Court's docket.

      Pursuant to the Court's order of May 13, 2022, this case was dismissed without prejudice to restoring the action to the Court's docket within 30 days—i.e. by June 13, 2022. (Docket No. 8). Upon Plaintiff's request, the Court extended this deadline to July 13, 2022. (Docket No. 11). The parties have reached an agreement in principle to resolve this case. All counsel have now approved the terms of the written settlement agreement and are awaiting signatures on the agreement and awaiting the completion of certain settlement terms. The parties anticipate signing the settlement agreement next week and, shortly thereafter, completing certain settlement terms which will allow this case to be finally dismissed with prejudice.

      As such, Plaintiff respectfully requests until August 13, 2022 to seek to restore this action to the Court's docket. This is Plaintiff's second such request and Defendant consents to it.

                                Respectfully submitted,
                                /s/ Edward Y. Kroub
                                Edward Y. Kroub, Esq.

Cc:    All Counsel of Record (via ECF)